# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BREANNA WALSH**                                                                                         **PLAINTIFF**

v.                                              Case No. 3:25-cv-00112-LPR-JTK

**COMMISIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

### ORDER

On June 16, 2025, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (Doc. No. 2) In Plaintiff's Complaint, she stated, at the time of her denial and submission of this case, she was a resident of Hot Springs. (Doc. No. 1) Hot Springs is under the jurisdiction of the Western District of Arkansas.

On August 8, 2025, the Plaintiff filed a motion in this court seeking a transfer of venue. Doc. No. 6 In her motion Plaintiff indicates while she had resided in the Eastern District of Arkansas previously at the time of filing, she was a resident of Hot Springs. (Doc. No. 6) Defendant responded they do not oppose or support Plaintiff's motion as they make no representation regarding Plaintiff's actual residence. (Doc. No. 7) However, Defendant asserts the proper venue would be the residence of Plaintiff at the time of filing. (Doc. No. 7 at 2 *citing* 42 U.S.C. § 405(g))

A Plaintiff's action seeking judicial review of the Commissioner's decision "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides[.]" 42 U.S.C. § 405(g). Since Plaintiff resides in Hot Springs, Arkansas, venue properly lies in the Western District of Arkansas. As such, the court finds that the interests of justice would best be served by transferring the present action to the United States District Court for the Western District of Arkansas.

Plaintiff's motion is **GRANTED.**  Accordingly, the Clerk of the Court is directed to transfer immediately and without delay this action and entire case file to the United States District Court for the Western District of Arkansas.

SO ORDERED THIS 29th day of September, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE